DISMISS: Opinion Issued October 31, 2012.



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01022-CV

**MICHELLE EDDINS, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF RONALD CARY EDDINS, Appellant**

**V.**

**JAN DEBEUCKELAER, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF KAAT DEBEUCKELAER, CHRISTIANE DAEMS, MAURITA LARK, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF KENNETH JOSEPH LARK, DECEASED, AND KENNETH LARK, INDIVIDUALLY, Appellees**

---

On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-02149-B

---

## MEMORANDUM OPINION

Before Justices Bridges, Richter, and Lang
Opinion By Justice Lang

Before the Court is the parties' joint motion to dismiss the appeal. The parties inform the Court that they have settled their differences. Accordingly we grant the parties' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2).

DOUGLAS S. LANG
JUSTICE

121022F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MICHELLE EDDINS, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF RONALD CARY EDDINS, Appellant

No. 05-12-01022-CV      V.

JAN DEBEUCKELAER, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF KAAT DEBEUCKELAER, CHRISTIANE DAEMS, MAURITA LARK, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF KENNETH JOSEPH LARK, DECEASED, AND KENNETH LARK, INDIVIDUALLY, Appellees

Appeal from the 44th Judicial District Court of Dallas County, Texas. (Tr.Ct.No. DC-12-02149-B).
Opinion delivered by Justice Lang, Justices Bridges and Richter, participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of the appeal.

Judgment entered October 31, 2012.

DOUGLAS S. LANG
JUSTICE